RECEIVED
MAY 15 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARK A. CASSON, Plaintiff | CIVIL ACTION NO. 1:18-CV-1429-P |
| VERSUS | JUDGE DEE D. DRELL |
| MATT POWELL, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Casson's claims against the Natchitoches Multi-Jurisdictional Drug Task Force are DENIED and DISMISSED WITH PREJUDICE. pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 14th day of MAY, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE