RECEIVED

OCT 11 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARK A. CASSON,<br>Plaintiff | CIVIL DOCKET NO. 1:18-CV-1429-P |
| VERSUS | JUDGE DRELL |
| MATT POWELL, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Complaint and Amended Complaint (Docs. 1, 8) are hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41.3 of the Local Rules for the Western District of Louisiana and Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 10th day of October, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE